UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1: 23-cv-00770-RMR

THEODORE JOSEPH WILLIAMS,

    Plaintiff,

v.

MERRICK GARLAND, Attorney General,
ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security,
UR JADDOU, Director, U.S. Citizenship and Immigration Services,
ROB MATHER, District Director, USCIS District 19, and
ANDREW LAMBRECHT, Field Office Director, USCIS Denver Field Office

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, without prejudice, with each party to bear its own attorney's fees and costs.

ENTERED this 19th day of July, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge